**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| PATRICK RUSSELL READY,<br><br>        Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Secretary of C.D.C.R.,<br><br>        Respondent. | NO. EDCV 18-01333-PSG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 17, 2020       .

                                      PHILIP S. GUTIERREZ
                            UNITED STATES DISTRICT JUDGE